DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Alexandra.M.Michael@usdoj.gov
Attorney for the United States

```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         AUG 29 2016

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-00594-CWH |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO UNSEAL CASE** |
| LEVY PACLEB ESPIRITU, | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and ALEXANDRA M. MICHAEL, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal case and indictment in the above-captioned matter.

The defendant made his initial appearance on the indictment on August 26, 2016. Therefore the need to keep the indictment sealed has expired. The defendant,

1  Levy Pacleb Espiritu, and his attorney, C.B. Kirschner, have no objection to the
2  unsealing of the indictment and criminal case.
3       Dated this 29th day of August, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA M. MICHAEL
Assistant United States Attorney

The Government's motion is hereby __Granted__.

SO ORDERED:

_____
United States Magistrate Judge

Dated: August 30, 2016