# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF | ) | |
| | ) | |
| | ) | Case No.  2:16-mj-594-CWH |
| LEVY PACLEB ESPIRITU | ) | |
| | ) | |

**ORDER TO DETAIN A DEFENDANT PENDING EXTRADITION PROCEEDINGS**

At the time of the alleged offense, the defendant was not a United States citizen.

**IT IS ORDERED:**  The defendant must be detained under 18 U.S.C. § 3142 and Treaty on Extradition Between the United States and Canada, U.S-Can., Dec. 3, 1971, 27 U.S.T. 983, Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan.11, 1988, S. TREATY DOC. NO. 101-17 (1990), and Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11(2002).

Date: September 1, 2016

*Judge's signature*

PEGGY A. LEEN, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*