```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

       OCT - 6 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN THE MATTTER OF THE | Case No.: 2:16-mj-00594-CWH |
| EXTRADITION OF | ORDER |
| LEVY PACLEB ESPIRITU | |

The Court having received the Complaint filed on August 24, 2016, by Alexandra Michael, Assistant United States Attorney for the District of Nevada, pursuant to the request of the Government of Canada, for the provisional arrest and extradition of LEVY PACLEB ESPIRITU, and an affidavit executed by LEVY PACLEB ESPIRITU and witnessed by her attorney;

And, further, the Court having been advised in open session that LEVY PACLEB ESPIRITU is a fugitive sought by the Government of Canada; that she is aware that the Government of Canada has filed charges against her and has obtained a warrant for her arrest; that she has reviewed the Complaint filed by the United States Attorney for this judicial district; that she has been fully advised of her rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, §§ 3184-3196, and that she has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that LEVY PACLEB ESPIRITU be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver her to the custody of such authorized representatives to be transported to Canada to be held for trial; and

IT IS FURTHER ORDERED that the transfer of physical custody of LEVY PACLEB ESPIRITU shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 6th day of October, 2016.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

5